AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Darlene Anderson, <br> *Plaintiff* <br> v. <br> Commissioner of Social Security Administration <br> *Defendant* | ) <br> ) <br> ) Civil Action No: 2:20-cv-03237-MBS <br> ) <br> ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: Decision of the Commissioner is Reversed and the case is Remanded to the Commissioner under Sentence Four 42 U.S.C. §405(g).

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Margaret B Seymour, United States District Judge.

Date:   February 9, 2022                                                          *CLERK OF COURT*

                                                                                                    S/ Trudy Alston-Simmons

                                                                                                    *Signature of Clerk or Deputy Clerk*